3:07-cv-03150-BGC     # 96-1     Filed: 05/13/13     Page 1 of 1

Case: 11-1979     Document: 00711994349     Filed: 05/13/2013     Pages: 1

E-FILED
Monday, 13 May, 2013 12:32:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 19, 2013

Before:

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

**CERTIFIED COPY**
A True Copy
Teste:
[signature]
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No.: 11-1979 | JIMMY E. SMITH, JR.,<br>Plaintiff - Appellant<br><br>v.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:07-cv-03150-BGC<br>Central District of Illinois<br>Magistrate Judge Byron G. Cudmore ||

　　　　The judgment of the District Court is **AFFIRMED**, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)